# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>BURLINGTON STORES, INC., a New Jersey corporation; ONE STEP UP, LTD., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No 2:16-CV-5824-RGK-SKx<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT** |

# JUDGMENT

Pursuant to the Court's Order re: Cross-Motions for Summary Judgment (DEs 52 & 77), dated August 9, 2017 (ECF. No. 131), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment is entered in favor of Burlington Stores, Inc, and One Step Up, Ltd. (collectively "Defendants") and against Neman Brothers & Associates, Inc. ("Plaintiff") as to all claims, including Plaintiff's claims for Copyright Infringement, and Vicarious and Contributory Copyright Infringement;
2. Plaintiff's claims against Defendants are dismissed in their entirety, with Prejudice;
3. Defendants are deemed the prevailing parties; and,
4. Defendants may **motion the Court for** attorneys' fees as provided by law.

**IT IS SO ORDERED.**

Dated: August 11, 2017

*Gary Klausner*
_____
Honorable R. Gary Klausner
United States District Judge